PROB 12C
(6/16)

Report Date: March 12, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua A. Turner                     Case Number: 0980 2:23CR00095-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ritzville, Washington 99169

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 25, 2019

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: January 14, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 13, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On January 27, 2022, a U.S. Probation Officer reviewed a copy of the conditions of supervision with Mr. Turner as outlined in the judgment and sentence. Mr. Turner acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: It is alleged that Mr. Turner violated the conditions of his supervised release by knowingly leaving the federal judicial district where he resides without getting permission from the Court or the probation officer as he partook on an international cruise from on or about March 3 to March 10, 2024.<br><br>On March 5, 2024, the undersigned received an email from an employee of the U.S. Customs and Border Protection inquiring if Mr. Turner and his wife, who is also under federal supervision, had permission to leave the United States. Furthermore it was ascertained Mr. Turner departed on an international cruise on March 3 and would be returning on March 10, 2024, and that he would be entering the countries of Belize, Honduras, and Cozumel, Mexico, throughout this cruise. Thereafter, the undersigned attempted to call Mrs. Turner without |

Prob12C
**Re: Turner, Joshua A.**
**March 12, 2024**
**Page 2**

success and a text message was sent to her at approximately 9:49 a.m., directing both of them to report to the probation office before the end of the day and to contact the undersigned as to what time they will be arriving. A text message response from Mrs. Turner was received at 7:04 p.m. stating she that she has been busy and that she was at a 6-day wedding event. The undersigned responded regarding the location of the wedding. Mrs. Turner did not immediately answer the question and provided vague responses, though ultimately stated, "sorry the wedding is in Texas." Mrs. Turner continued to provide vague responses and the undersigned ultimately informed her this would be discussed further upon their return from the cruise.

On March 12, 2024, the undersigned spoke with Mr. Turner and it was at that time he admitted to leaving the district without permission on the aforementioned dates and he apologized for this action.

2  **Standard Condition #two**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Mr. Turner violated the conditions of his supervised release by failing to report to the U.S. Probation Office as directed on March 12, 2024.

On March 11, 2024, the undersigned sent a text message to Mrs. Turner directing her and Mr. Turner to report to the U.S. Probation Office before 10 a.m., on March 12, 2024. On March 12, 2024, at approximately 7:49 a.m., Mrs. Turner informed the undersigned they would be unable to report as directed as they returned from their trip at 2 a.m. and ascertained while they were away the brake pad on their car was no longer working and that it was now getting repaired at 3 p.m., and thus she could not report as directed on today's date. Thereafter, the undersigned was able to speak to Mr. Turner and he was directed to report to the probation office on March 13, 2024, at 9 a.m., and he committed to making this appointment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under a penalty of perjury that the foregoing is true and correct.

Executed on: March 12, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Turner, Joshua A.
March 12, 2024
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

March 13, 2024
Date